STATE OF NEW JERSEY v. ROBERT SIMON.

May 3, 1977. Petition for certification denied.

MORRIS KAPLOWITZ v. BOROUGH OF FAIR LAWN.

May 3, 1977. Petition for certification denied.

FREEHOLD DEVELOPMENT COMPANY v.
TWP. COMMITTEE OF THE TWP. OF FREEHOLD.

May 3, 1977. Petition for certification denied.

JOHN C. O'CONNOR v. THE BOARD OF TRUSTEES OF THE
PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD SAVAGE.

May 17, 1977. Petition for certification denied.